IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM D. MOSLEY, JR.                                                      PLAINTIFF

vs.                                    Civil No. 06-1014

JO ANNE B. BARNHART,
Commissioner, Social Security Administration              DEFENDANT

## **MEMORANDUM AND ORDER**

Now on this 21st day of June, 2006, there is pending before the undersigned, the

Commissioner's Motion To Reverse and Remand, filed herein on June 9, 2006, by the

Commissioner of Social Security (hereinafter "Commissioner") (Doc. #11).   Plaintiff does not

oppose the Commissioner's motion.

In the instant motion, the Commissioner asserts that on remand the Administrative Law

Judge will need to include in his findings that Plaintiff's non-exertional limitations significantly

affected the sedentary job base pursuant to Social Security Rulings 96-9p and 83-15 (Doc. #11,

pp. 1-3).

Sentence four provides:

> The court shall have the power to enter, upon the pleadings and
> transcript of the record, a judgment affirming, modifying, or
> reversing the decision of the [Commissioner], with or without
> remanding the cause for a rehearing.

*42 U.S.C. § 405(g).*

Accordingly, we conclude that the Commissioner's motion requesting reversal of the

decision and remand, is well taken.  The Commissioner's decision is reversed and this matter is

remanded for further hearing, pursuant to sentence four, *42 U.S.C. § 405(g),* for further

proceedings, as specifically set forth above and in the Commissioner's motion (Doc. #11).

In addition, the undersigned finds that the Plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the *Equal Access to Justice Act, 28 U.S.C. § 2412*. A separate Judgment shall be entered herein pursuant to *F.R.Civ.P. 58* and *52*.

IT IS SO ORDERED.


/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)